

FILED
JUL 31 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| SHELAGH PAYNE, )<br>  Plaintiff, )<br>v. )<br>  )<br>LAW OFFICES OF SHAPIRO, BROWN )<br>& ALT, LLP, F/K/A LAW OFFICES OF )<br>SHAPIRO & BURSON, LLP, *et al.*, )<br>  )<br>  Defendants. )<br>_____) | Civil Action No. 4:12-cv-87-RAJ-FBS |

## PROPOSED CONSENT ORDER

Before the Court is the Consent Motion for Extension of Time filed by Plaintiff SHELAGH PAYNE ("Plaintiff") with the consent of Defendants Shapiro, Brown & Alt, LLP ("SB&A") and Professional Foreclosure Corporation of Virginia ("PFC"). Upon the agreement of the parties and for good cause appearing, it is hereby

**ORDERED** that the Consent Motion for the Extension of Time is **GRANTED**. Plaintiff shall respond to SB&A and PFC's Motion to Dismiss on or before August 8, 2012, and SB&A and PFC shall file a Reply to Plaintiff's Opposition on or before August 17, 2012.

Enter this 31st day of July

_____
Judge, United States District Court for the
Eastern District of Virginia

WE ASK FOR THIS:

_\_Kelly_____
Kristi Cahoon Kelly, Esq. (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Email: srotkis@clalegal.com

Matthew James Erausquin, Esq. (VSB #65434)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq. (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

WE CONSENT:

_____
Bizhan Beiramee, Esq.     VSB 50918
Beiramee & Cohen PC
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101

(703) 483-9600
Fax: (703) 483-9599
Email: bbeiramee@beiramee.com

Matthew Daniel Cohen, Esq.
Bieramee & Cohen PC
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101
703-483-9595
Fax: 703-9599
Email: mcohen@beiramee.com

Megan E. Burns, Esq.
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7778
Fax: (757) 687-1552
Email: megan.burns@troutmansanders.com

*Counsel for Defendants*