IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



SHELAGH PAYNE,

    **Plaintiff,**

v.                      CIVIL ACTION NO. 4:12cv87

LAW OFFICES OF SHAPIRO, BROWN
& ALT, LLP. F/K/A LAW OFFICES OF
SHAPIRO & BURSON, LLP, et al.,

    **Defendants.**

## *ORDER*

This matter is before the Court on the Consent Motion for Stay filed by Plaintiff with the consent of Defendants. For good cause shown, the Motion to Stay is **GRANTED**. This case is **ORDERED STAYED** pending mediation. The parties are **ORDERED** to commence mediation within ten (10) days of the date of this Order. The parties are **FURTHER ORDERED** to provide the Court a joint report on the status of mediation proceedings every sixty (60) days until mediation proceedings are concluded.

The Clerk is **DIRECTED** to mail a copy of this Order to the parties.

**IT IS SO ORDERED.**

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
August 14, 2012