UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

SHELAGH PAYNE
                Plaintiff,

v.                                                      Civil Action No. 4:12cv87

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP
F/K/A LAW OFFICES OF SHAPIRO & BURSON, LLP,

   and

PROFESSIONAL FORECLOSURE COPORATION
OF VIRGINIA
                Defendants.

## JOINT STATUS REPORT

This matter is companion to six consolidated cases, with the lead case styled *Moore v. Shapiro Brown & Al*t, 4:11cv122. This case, together with the consolidated cases, are in the process of mediation. The Court has ordered a periodic status report, which report should have been filed on January 13, 2013.

The parties submit the following status report:

1.     The parties held an in-person mediation session with Judge Dohnal on October 4, 2012.

2.     On November 2, 2012, the parties were granted a 90 day stay of the proceedings to pursue mediation efforts.

3.     On December 13, 2012, the parties filed a joint status report and informed the Court of their respective positions concerning the stay and mediation status, as well as the filing of a class action lawsuit was filed by counsel for Plaintiffs against Defendants in the Richmond

Division (*Boyd et al. v. Law Offices of Shapiro, Brown & Alt, LLP, et al.*, Civil Action No: 3:12-cv-700-REP (hereinafter "*Boyd*"))

**Plaintiffs' Position**

4. Despite the efforts of Plaintiffs, their counsel and Judge Dohnal, Defendants have yet to make a meaningful effort at settlement. They have refused to make any offer – meaningful or otherwise. Plaintiffs and their counsel remain ready and willing to mediate and have expressed their position to Judge Dohnal. Indeed, even in their position herein, Defendants do not suggest that the stay continue in order to facilitate settlement, but instead in order to permit Defendants an attempt to transfer the venue of a Richmond Division case, with almost exclusively Richmond Division Plaintiffs seeking equitable and declaratory determinations as to exclusively Richmond Division real property. Therefore - the Defendant's allegations of supposed "forum shopping" ring hollow, and Plaintiffs would encourage the court to look skeptically on the aspersions made by the pot with regard to the kettle.

But Plaintiffs' position can be stated simply: As the Defendants apparently place much weight on the motions now pending before Judge Payne in the *Boyd* matter both as to the direction of mediation as well as issues to be determined in this case, plaintiffs agree. They consent to a continued stay of litigation in this matter until 30 days after the motions to transfer and to dismiss the case are ruled upon in the *Boyd* matter.

**Defendants' Position**

5. Defendants continue to believe the stay should remain in place. Defendants remain engaged with and committed to the mediation process with Judge Dohnal. Defendants are awaiting individual settlement demands on the specific cases that have been filed and are stayed pending mediation. The *Boyd* class action lawsuit was filed against Defendants in the

Richmond Division the afternoon before the mediation session with Judge Dohnal in October 2012, which is a prime example of forum shopping. Defendants filed a motion to transfer venue and consolidate for pretrial and settlement purposes in *Boyd* on December 24, 2012. Plaintiffs have obtained two extensions of time to file their response to this motion, which is now currently due January 29, 2013, with Defendants' reply now due February 7, 2013. Defendants contend venue in the *Boyd* case should be transferred and it should be consolidated into *Moore* in the interests of justice, judicial economy, avoiding unnecessary inconvenience and cost, as well as to avoid prejudice and the likelihood of inconsistent rulings. After venue is transferred, Defendants submit their forthcoming motion to dismiss should be ruled upon in order to narrow the claims in *Boyd*, a decision which Defendants believe will further facilitate mediation and settlement. Defendants respectfully request that the Court continue to stay this matter until, at a minimum, the venue and forthcoming dismissal motions in *Boyd* are ruled upon, which rulings Defendants believe will help to narrow the case and help to crystallize the core issues for both parties in their efforts to mediate this dispute. Defendants want to and will continue to engage in settlement discussions with Plaintiffs under the supervision of Judge Dohnal.

6.  The parties will continue to file their Joint Status Reports every thirty (30) days to advise the Court of the status of mediation efforts.


**Shapiro & Burson, LLP**

By: ___/s/_____
         Of Counsel


John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant*

3

        TROUTMAN SANDERS LLP
        222 Central Park Avenue, Suite 2000
        Virginia Beach, Virginia 23462
        Telephone: (757) 687-7765
        Facsimile: (757) 687-1504
        E-mail: john.lynch@troutmansanders.com

        Bizhan Beiramee, Esq., (VSB #50918)
        Matthew D. Cohen, Esq. (VSB #72097)
        Beiramee & Cohen, P.C.
        6663 B Old Dominion Drive, Third Floor
        McLean, Virginia 22101
        Phone: (703) 483-9600
        Fax:    (703) 483-9599

        Email: bbeiramee@beiramee.com


        **Plaintiffs:**

        **By:**    /s/ Janelle E. Mason_____
                Of Counsel

        Leonard A. Bennett, VSB No. 37523
        Susan M. Rotkis, VSB No. 40693
        *Counsel for the Plaintiff*
        Consumer Litigation Associates, P.C.
        763 J. Clyde Morris Blvd., Suite 1-A
        Newport News, VA 23601
        Tel:    (757) 930-3660
        Fax:    (757) 930-3662
        lenbennett@clalegal.com
        srotkis@clalegal.com

        Matthew J. Erausquin, VSB No. 65434
        Janelle E. Mason, VSB No. 82389
        *Counsel for the Plaintiffs*
        Consumer Litigation Associates, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        Tel:    (703) 273-7770
        Fax:    (888) 892-3512
        matt@clalegal.com
        janelle@clalegal.com

        Dale W. Pittman, VSB No. 15673
        *Counsel for the Plaintiff*
        The Law Office Of Dale W. Pittman, P.C.
        The Eliza Spotswood House
        112-A West Tabb Street
        Petersburg, VA 23803
        Tel:   (804) 861-6000
        Fax:  (804) 861-3368
        dale@pittmanlawoffice.com

        Kristi Cahoon Kelly, VSB No. 72791
        *Counsel for the Plaintiff*
        Surovell, Isaacs, Petersen & Levy, PLC
        4010 University Drive, Suite 200
        Fairfax, VA 22030
        Tel:   (703) 277-9774
        Fax:  (703) 591-9285
        kkelly@siplfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
Matthew J. Erausquin, Esq.
Janelle E. Mason, Esq.
CONSUMER LITIGATION ASSOCIATES P.C
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770; Fax: (888) 892-3512
matt@clalegal.com

Leonard A. Bennett
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
E-mail: srotkis@clalegal.com
lenbennett@clalegal.com

Dale W.Pittman,Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000; Fax: (804) 861-3368
dale@pittmanlawoffice.com

Kristi C. Kelley, Esq.,
Scott A. Surovell, Esq.
SUROVELL, ISSACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel: (703) 277-9774; Fax: (703) 591-9285
kkelly@siplfirm.com

**Counsel for Defendants**
John C. Lynch
Ethan Ostroff
Megan Burns
Counsel for Defendant

TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax: (703) 483-9599
Email: bbeiramee@beiramee.com

                                                   /s/ Janelle E. Mason
                                       Janelle E. Mason, VSB No. 82389
                                       *Counsel for the Plaintiff*
                                       Consumer Litigation Associates, P.C.
                                       1800 Diagonal Road, Suite 600
                                       Alexandria, VA 22314
                                       Tel:    (703) 273-7770
                                       Fax:   (888) 892-3512
                                       janelle@clalegal.com

20270200v1