**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**SHELAGH PAYNE**
                    **Plaintiff,**

**v.**                                         **Civil Action No. 4:12cv87**

**LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP**
**F/K/A LAW OFFICES OF SHAPIRO & BURSON, LLP,**

        **and**

**PROFESSIONAL FORECLOSURE COPORATION**
**OF VIRGINIA**
                    **Defendants.**

**JOINT STATUS REPORT**

This matter is companion to six consolidated cases, with the lead case styled *Moore v. Shapiro Brown & Alt*, 4:11cv122. This case, together with the consolidated cases, has been stayed pending mediation.    The Court has ordered a periodic status report, the last status report was filed on January 28, 2013. A periodic report should have been filed on February 28, 2013.   The parties submit the following status report:

1.       The parties held an in-person mediation session with Judge Dohnal on October 4, 2012.

2.       On November 2, 2012, the parties were granted a 90 day stay of the proceedings to pursue mediation efforts.

3.       On January 28, 2013, the parties filed a joint status report and informed the Court of their respective positions concerning the stay and mediation status, as well as the filing of a class action lawsuit was filed by counsel for Plaintiffs against Defendants in the Richmond Division (*Boyd et al. v. Law Offices of Shapiro, Brown & Alt, LLP, et al.*, Civil Action No: 3:12-

cv-700-REP (hereinafter "*Boyd*")).  The Defendant moved to transfer venue in *Boyd* from the Richmond Division to the Norfolk Division and to consolidate it with *Moore*, which motion the Plaintiff opposed.  (Doc. No. 23.)

**Plaintiff's Position**

4.      Plaintiff's position: The Defendants have refused to actively participate in  any meaningful mediation.  The Plaintiff has been in contact with Hon. Dennis W. Dohnal, who has been facilitating mediation in this matter, and it is J. Dohnal's opinion that this case is at an impasse.

There has been no activity in this case since the last status report.  Despite the efforts of Plaintiffs, their counsel and Judge Dohnal, Defendants have yet to make a meaningful effort at settlement.  They have refused to make any offer – meaningful or otherwise.  Plaintiff and her counsel remained ready and willing to mediate and have expressed such position to Judge Dohnal.  However, Plaintiff feels strongly that even in the unlikely event that the *Boyd* case is transferred and consolidated with *Moore*, this case should not be stayed any longer.

The 90-day stay has expired, the case has not progressed.  It is time to get it back on track for a trial.

**Defendants' Position**

5.      Defendants continue to believe the stay should remain in place.  Defendants remain engaged with and committed to the mediation process with Judge Dohnal.  Defendants are awaiting individual settlement demands on the specific cases that have been filed and are stayed pending mediation. The *Boyd* class action lawsuit was filed against Defendants in the Richmond Division the afternoon before the mediation session with Judge Dohnal in October 2012, which is a prime example of forum shopping.  Defendants filed a motion to transfer venue

2

and consolidate for pretrial and settlement purposes in *Boyd* on December 24, 2012.  Plaintiffs have filed their response to this motion and Defendants have filed their reply.  Accordingly, the Motion is ripe for decision and Defendants anticipate a hearing before and/or a ruling from the Richmond Division in the near future.  Defendants contend venue in the *Boyd* case should be transferred and it should be consolidated into *Moore* in the interests of justice, judicial economy, avoiding unnecessary inconvenience and cost, as well as to avoid prejudice and the likelihood of inconsistent rulings.  After venue is transferred, Defendants submit their forthcoming motion to dismiss should be ruled upon in order to narrow the claims in *Boyd*, a decision which Defendants believe will further facilitate mediation and settlement.  Defendants respectfully request that the Court continue to stay this matter until, at a minimum, the venue and forthcoming dismissal motions in *Boyd* are ruled upon, which rulings Defendants believe will help to narrow the case and help to crystallize the core issues for both parties in their efforts to mediate this dispute. Defendants want to and will continue to engage in settlement discussions with Plaintiffs under the supervision of Judge Dohnal.

6.    The parties will continue to file their Joint Status Reports every thirty (30) days to advise the Court of the status of mediation efforts.

**Shapiro & Burson, LLP**

By: ____/s/_____
          Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

3

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599

Email: bbeiramee@beiramee.com

**Plaintiffs:**

**By:** ____/s/_____
              Of Counsel

Leonard A. Bennett (VSB 35723)
Susan M. Rotkis (VSB 40693)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
E-mail: srotkis@clalegla.com
lenbennett@cox.net

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23908
E-mail: dale@pittmanlawoffices.com

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 23606
E-mail: matt@clalegal.com

4

20270200v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES P.C
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770; Fax: (888) 892-3512
matt@clalegal.com

Leonard A. Bennett
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
E-mail: srotkis@clalegal.com
lenbennett@clalegal.com

Dale W.Pittman,Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000; Fax: (804) 861-3368
dale@pittmanlawoffice.com

Kristi C. Kelley, Esq.,
Scott A. Surovell, Esq.
SUROVELL, ISSACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel: (703) 277-9774; Fax: (703) 591-9285
kkelly@siplfirm.com

John C. Lynch
Ethan Ostroff
Megan Burns
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000

5

Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax: (703) 483-9599
Email: bbeiramee@beiramee.com

**By:** ___/s/_____
            Of Counsel

Susan M. Rotkis (VSB 40693)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
E-mail: srotkis@clalegal.com

20270200v1