IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



**SHELAGH PAYNE**

    Plaintiff,

v.                                             Civil Action No. 4:12cv87

**LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP**
**F/K/A LAW OFFICES OF SHAPIRO & BURSON, LLP,**

    and

**PROFESSIONAL FORECLOSURE COPORATION**
**OF VIRGINIA**

    **Defendants.**

## ORDER

On June 6, 2013, the Court conducted a telephonic conference call with the parties to the review the Joint Status Report (ECF No. 24) filed with the Court on June, 3, 2013, concerning the status of mediation. The parties are **ORDERED** to file an updated joint status report within ten (10) days of the entry of this Order detailing any progress they have made toward good faith mediation and resolution of this case. The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to the parties.

    **IT IS SO ORDERED.**

Norfolk, Virginia
June 6, 2013

                                                          Raymond A. Jackson
                                                           United States District Judge